CDM MANUFACTURING CO, INC,
a California corporation,
Plaintiff—Appellee,

v.

COMPLETE SALES REPRESENTA-
TION, INC, an Ohio corporation,
Defendant—Appellant,

and

Corry Industries, Inc., aka Corry
Manufacturing Company,
Inc., Defendant.

No. 03–56187.

United States Court of Appeals,
Ninth Circuit.

Submitted March 29, 2004.*

Decided April 9, 2004.

Aaron P. Morris, The Morris Law Firm, Costa Mesa, CA, for Plaintiff–Appellee.

James F. McCarthy, III, Katz, Teller, Brant & Hild, Cincinnati, OH, for Defendant–Appellant.

Before: SCHROEDER, Chief Judge, W. FLETCHER, Circuit Judge, and WEINER, District Judge.**

MEMORANDUM ***

Complete Sales Representation, Inc. appeals from the district court's denial of its

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Charles R. Weiner, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

motion for attorneys' fees and costs following our remand in *CDM Manufacturing Co., v. Complete Sales Representation, Inc.,* No. 01–56138, 50 Fed.Appx. 348 decided October 29, 2002.

The appeal is without merit. Complete Sales was not a prevailing party on any claim under any statute authorizing fees. Its interests at all times were aligned with those of its related co-defendant company, Corry Manufacturing. We affirmed a substantial damage award against Corry in the prior appeal.

The order of the district court is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.